PD-0246&0247-15

PD-0246-15 & PD-0247-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/4/2015 10:43:25 AM
Accepted 3/6/2015 11:01:40 AM
ABEL ACOSTA
CLERK

No. _____

*IN THE*
*COURT OF CRIMINAL APPEALS*
*OF TEXAS*
*SITTING AT AUSTIN, TEXAS*

**VALENTIN JUNIOR HERNANDEZ**
**Appellant**

FILED IN
COURT OF CRIMINAL APPEALS

March 6, 2015

ABEL ACOSTA, CLERK

**V.**

**THE STATE OF TEXAS**
**Appellee**

*On Petition for Discretionary Review from the Fifth Court of Appeals*
*Sitting at Dallas, Texas*
*in Cause No.*
*05-13-00478-CR & 05-13-00479-CR*
*On appeal from Criminal District Court No. 1*
*of Dallas County, Texas*
*In Cause No. F12-61625-H & F12-62626-H*

**MOTION FOR AN EXTENSION OF TIME**
**IN WHICH TO FILE**
**PETITION FOR DISCRETIONARY REVIE**

1

**COMES NOW  Valentin Junior Hernandez,** Appellant, and respectfully submits this Motion for an Extension of Time in Which to File Petition for Discretionary Review in the above entitled and numbered cause. In support of this Motion, Appellant would show this Honorable Court the following:

**I.**

In trial case number, F12-61625 and F12-61626, Appellant pled not guilty to aggravated robbery with a deadly weapon in Criminal District Court Number 1 of Dallas County, Texas. (CR1: 42; CR2:  381). A trial was held before a jury, and the jury found Appellant guilty of both offenses. (CR1: 42: CR2: 38). After a trial on punishment, the jury assessed punishment at twenty years imprisonment. (CR1: 42; CR2: 38). Judgment was entered by the trial court on April 3, 2013. (CR1: 42; CR2: 38). Notice of appeal was timely filed. (CR1: 47; CR2: 43).

**II.**

Appellant's conviction was affirmed in the Court of Appeals on February 3, 2015 in an unpublished opinion. *Hernandez v. State,* No. 005-13-00478/00479-CR, 2015 Tex. App. LEXIS 996 (Tex. App. – Dallas, February 3, 2015).

**III.**

The deadline for filing a Petition for Discretionary Review is March 5, 2015.

---

1 CR1 refers to the District Court Clerk's record in F12-61625-H; CR2 refers to the District Court Clerk's record in F12-61626-H.

Appellant brings this motion for an extension of time within 15 days of the last date for filing Petition for Discretionary Review, *i.e.*, by filing this motion electronically on March 4, 2015. TEX. R. APP. P. 68.2 (c).

**IV.**

Appellant requests an extension of time for a period of thirty (30) days. No prior request for an extension of time has been made.

**V.**

The facts relied upon to show good cause for this requested extension are as follows:

(1) The undersigned attorney filed a petition for discretionary review in cause number PD-1541-14 styled *Leonardo Geronimo Renteria Sanchez v. State of Texas* on December 18, 2014 pending in the Texas Court of Criminal Appeals, Austin, Texas.

(2) The undersigned attorney filed a brief in cause number 05-13-01710-CR styled *Errington Charles Hatch v. State of Texas* on January 31, 2015 pending in the 5th District Court of Appeals, Dallas, Texas.

(3) The undersigned attorney filed a brief in cause number 08-14-00208-CR styled *Danielle Lozono v. State of Texas* on February 17, 2015 pending in the 8th District Court of Appeals, El Paso, Texas.

(4) The undersigned attorney filed a brief in cause number 05-14-00447/00448/00449/00450/00451-CR styled *Chason Matthew Oden v. State of Texas* on February 20, 2015 pending in the 5th District Court of Appeals, Dallas, Texas.

(5) The undersigned attorney anticipates filing a brief on March 4, 2015 in cause number 05-14-00720-CR styled *Raymond Edwards III v. State of Texas* pending in the 5th District Court of Appeals, Dallas, Texas.

(6) The undersigned attorney is preparing a brief in cause numbers 05-14-00331/00332/00333/00334-CR styled *Neko Boykin v. State of Texas* pending in the 5th District Court of Appeals, Dallas, Texas.

## VI.

**WHEREFORE, PREMISES CONSIDERED**, Appellant respectfully requests that this Honorable Court extend time for filing the Petition for Discretionary Review for 30 days.

Respectfully submitted**,**

/s/ *Nanette Hendrickson*

| | |
|---|---|
| Lynn Richardson | Nanette Hendrickson |
| Chief Public Defender | Assistant Public Defender |
| Dallas County, Texas | State Bar No. 24081423 |
| | Frank Crowley Courts Building |
| | 133 N. Industrial Blvd., LB-2 |
| | Dallas, Texas 75207-4399 |
| | nanette.hendrickson |
| | @dallascounty.org |
| | (214) 653-3582 *(phone)* |
| | (214) 653-3539 (*fax)* |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing brief was served on the Dallas County Criminal District Attorney's Office (Appellate Section), 133 N. Industrial Blvd., LB-19, 10th Floor, Dallas, Texas, 75207, by hand delivery and electronic service to Lori Ordiway at DCDAAppeals@dallascounty.org on March 4, 2015.

/s/ *Nanette Hendrickson*
Nanette Hendrickson